FILED
HARRISBURG, PA

MAY 06 2026

PER _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:26-CR-98 |
| | : | |
| v. | : | |
| | : | (Judge Mariani ) |
| **MATTHEW S. PLEISSE,** | : | |
| Defendant. | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNTS 1 - 6
### 18 U.S.C. § 2252A(a)(2)
### (Attempted Receipt of Child Pornography)

On or about the dates set forth below, in the Middle District of Pennsylvania and elsewhere, the defendant,

### MATTHEW S. PLEISSE,

knowingly attempted to receive any child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that would have been shipped and transported using any means and facility of interstate and foreign commerce, each date constituting a separate Count of this Indictment:

| Count | Date |
|-------|------|
| 1 | July 8, 2024 |
| 2 | September 1, 2024 |

| Count | Date |
|---|---|
| 3 | September 18, 2024 |
| 4 | October 7, 2024 |
| 5 | October 19, 2024 |
| 6 | October 31, 2024 |

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 7
18 U.S.C. § 2252A(a)(2)
(Receipt of Child Pornography)

On or about January 21, 2025, in the Middle District of Pennsylvania and elsewhere, the defendant,

## MATTHEW S. PLEISSE,

knowingly received any child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code Sections 2252A(a)(2) and (b)(1).

2

THE GRAND JURY FURTHER CHARGES:

## COUNT 8
18 U.S.C. § 2252A(a)(5)(B)
(Possession of Child Pornography)

On or about April 29, 2025, in the Middle District of Pennsylvania,

the defendant,

## MATTHEW S. PLEISSE,

knowingly possessed material, namely, a computer tower containing a

Samsung hard drive with serial number S2RANX0J617388A, that

contained an image of child pornography as defined in Title 18, United

States Code, Section 2256(8)(A), involving a prepubescent minor and a

minor who had not attained 12 years of age, such image having been

shipped and transported using any means and facility of interstate and

foreign commerce, and such image having been produced using material

that had been shipped and transported in an effecting interstate and

foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections

2252A(a)(5)(B) and (b)(2).

A TRUE BILL

████████████████

FOREPERSON

BRIAN D. MILLER
United States Attorney

STEPHEN W. DUKES
Assistant United States Attorney

5/6/2026.

Date

4