## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:26-CR-00098 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| MATTHEW B. PLEISSE, | : | **FILED** |
| | : | HARRISBURG, PA |
| Defendant | : | MAY 15 2026 |

PER_____
DEPUTY CLERK

**PLEA**

AND NOW, this ___15th___ day of ___May___, 2026, the within named defendant, hereby enters a plea of ___Not Guilty___ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)