AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Pennsylvania

United States of America
v.
MATTHEW S. PLEISSE

*Defendant*

)
)
)
)
)
)
)

Case No.    1:26-CR-0098

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Matthew S. Pleisse                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Attempted Receipt of Child Pornography.

REC'D USMS M/PA HBG
'26 MAY 8 8:39

**FILED**
HARRISBURG, PA

MAY 19 2026

PER _____
DEPUTY CLERK

Date:      05/06/2026

City and state:    Harrisburg, PA

s/Anita A. Arledge
*Issuing officer's signature*

Anita A. Arledge, deputy clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05-06-2026 and the person was arrested on *(date)* 05-15-2026 at *(city and state)* SHIPPENSBURG, PA . |

Date: 05-15-2026

*Arresting officer's signature*

SA THOMAS FUCCILE
*Printed name and title*