# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO.  1:26-CR-00098 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | (Chief Magistrate Judge Bloom) |
| MATTHEW S. PLEISSE, | : | |
| Defendant. | : | |

## ORDER

AND NOW, on this 22nd day of May 2026, it is so ORDERED, that the above-captioned case is unsealed, and will be made open to public view.

_____
[ × ] United States Chief District Judge
[   ] United States Magistrate Judge